■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY CARTER, Appellant. [632 NYS2d 484] —Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Pitts, J.), imposed April 8, 1994.

Ordered that the sentence is affirmed.

Appellate review of the issue raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the sentence is affirmed (see, People v Callahan, 80 NY2d 273; People v Seaberg, 74 NY2d 1). Mangano, P. J., Sullivan, Balletta, Santucci and Krausman, JJ., concur.